UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o C.H. ROBINSON
WORLDWIDE, INC.,

       Plaintiff,

- against -

LAN AIRLINES, S.A.

       Defendant.
------------------------------------------------------------X

08 CIV 5008

FRCP RULE 7.1
DISCLOSURE STATEMENT

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o C.H. ROBINSON WORLDWIDE, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

ACE LIMITED (NYSE: ACL) is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. C.H. ROBINSON WORLDWIDE INC. is a publicly traded company (NASDAQ: CHRW).

Dated: New York, New York
      May 30, 2008
      115-936

                                  CASEY & BARNETT, LLC
                                  Attorneys for Plaintiff

           By: _____
                Martin F. Casey (MFC-1415)
                317 Madison Avenue, 21st Floor
                New York, New York 10017
                212-286-0225

*JUDGE DANIELS*

RECEIVED MAY 30 2008 U.S.D.C. S.D.N.Y. CASHIERS