UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.

         Plaintiff,

- against -

LAN AIRLINES, S.A.

         Defendant
----------------------------------------------------------X

08 Civ. 5008 (GBD)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       July 1, 2008
       115-936

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                By: _/s/ Martin F. Casey_
                        Martin F. Casey (MFC-1415)
                        317 Madison Avenue, 21st Floor
                        New York, New York 10017
                        (212) 286-0225

SO ORDERED: JUL 0 2 2008

_/s/ George B. Daniels_
U.S.D.J.
**HON. GEORGE B. DANIELS**